IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CARLOS LOPEZ-TERRY,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 08-0292-WS-C** |
| **MICHAEL B. MUKASEY,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 24, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 3rd day of September, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE