IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLOS LOPEZ-TERRY,** | : |
| Petitioner, | : |
| vs. | :    **CIVIL ACTION 08-0292-WS-C** |
| **MICHAEL B. MUKASEY,** *et al.*, | : |
| Respondents. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, as moot.

**DONE** and **ORDERED** this 3rd day of September, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE